UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KRISTIE MCKEE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.  2:06-cv-2370 CM/GLR |
| | ) |
| PLEASANTON UNIFIED SCHOOL DISTRICT 344, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

This matter having come before the court on Plaintiffs' Motion for Preliminary Injunction, and the Court being duly and sufficiently advised,

IT IS HEREBY ORDERED THAT said motion is GRANTED, and that during the pendency of this case, defendant shall permit plaintiffs and the FCA Club at Pleasanton High School to have all of the rights and benefits of being a student club at the high school as defined in the District's policies and procedures, specifically, the right to access morning broadcast announcements, a student council representative, use school facilities for special events without charge, use school vehicles for trips, inclusion in the yearbook, fundraise at school, meet during seminar period, and have a school bank account to keep and maintain funds.

This 30th day of January, 2007.

                  s/ Carlos Murguia
                  DISTRICT COURT JUDGE